UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| JENNIFER BOR, an individual, A.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN, J.B., a minor by and through his GUARDIAN AD LITEM CHERYL GREEN; N.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>PPC WSSC LLC, a Delaware Limited Liability Corporation dba WATERSTONE AT SANTA CLARA; AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC, a Washington Corporation dba PINNACLE, and DOES 1 THRU 10, INCLUSIVE,<br><br>    Defendants | No. CV11-03430 PSG<br><br>**[PROPOSED] ORDER** |

Good cause appearing therefor, it is hereby ordered:

1    Counsel for Plaintiffs JENNIFER BOR, an individual, A.B., a minor by and through her
2 GUARDIAN AD LITEM CHERYL GREEN, J.B., a minor by and through his GUARDIAN AD
3 LITEM CHERYL GREEN; N.B., a minor by and through her GUARDIAN AD LITEM CHERYL
4 GREEN, Craig P. Fagan, may attend the October 11, 2011, Case Management Conference
5 telephonically. Plaintiffs' counsel is instructed to contact Court Call Phone Conferencing at
6 (866) 582-6878 to schedule the telephonic appearance.

8    IT IS SO ORDERED.

10   Dated:   10/13/2011                                  *(signature)*
             Magistrate Judge Paul S. Grewal