Natalie P. Vance, Bar No. 206708
Stephen M. Duvernay, Bar No. 250957
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com

Attorneys for Defendant
American Management Services
California, Inc. dba Pinnacle

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BOR, an individual, A.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN, J.B., a minor by and through his GUARDIAN AD LITEM CHERYL GREEN; N.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>PPC WSSC LLC, a Delaware Limited Liability Corporation dba WATERSTONE AT SANTA CLARA; AMERICAN MANAGMENT SERVICES CALIFORNIA, INC, a Washington Corporation dba PINNACLE, and DOES 1 THRU 10, INCLUSIVE,<br><br>Defendants. | Case No.   11-CV-03430 LHK<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br><br>Date<br>Time:<br>Courtroom:<br>Judge:<br>Magistrate Judge:<br>Complaint Filed:<br>Trial Date:      None set |

Plaintiffs Jennifer L. Bor, and minors A.B., J.B., and N.B., through their guardian ad litem Cheryl Green ("Plaintiffs"), and Defendant American Management Services California, Inc. dba Pinnacle ("Defendant"), by and through their attorneys of record, agree as follows:

///

- 1 -

**STIPULATION AND ORDER TO SET ASIDE DEFAULT**
11-CV-03430 LHK

1    WHEREAS Plaintiffs filed a Complaint in the U.S. District Court for the Northern
2    District of California on July 13, 2011;
3    WHEREAS Plaintiffs filed a First Amended Complaint in the U.S. District Court
4    for the Northern District of California on August 11, 2011 ("Amended Complaint");
5    WHEREAS Plaintiffs submit that Defendant was served with the Amended
6    Complaint on September 15, 2011;
7    WHEREAS Plaintiff requested an entry of default as to Defendant on October 12,
8    2011;
9    WHEREAS the clerk entered default as to Defendant on October 19, 2011;
10   WHEREAS Plaintiffs and Defendant request that the default entered against
11   Defendant be set aside, so that the matter may proceed on the merits.
12   IT IS SO STIPULATED.

LAW OFFICES OF CRAIG P. FAGAN

DATED: October  28, 2011         By:  /s/Craig P. Fagan
                                      Craig P. Fagan
                                      Attorneys for Plaintiffs
                                      Jennifer Bor, A.B., J.B., and N.B.

KLINEDINST PC

DATED: October  28, 2011         By:  /s/ Natalie P. Vance
                                      Natalie P. Vance
                                      Attorneys for Defendant
                                      American Management Services
                                      California, Inc. dba Pinnacle

**ORDER**

IT IS HEREBY ORDERED that the Default entered against Defendant American Management Services California, Inc. dba Pinnacle on October 19, 2011 be set aside.

Dated:  November 3, 2011

_Lucy H. Koh_
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1328687v1

**STIPULATION AND ORDER TO SET ASIDE DEFAULT**
**11-CV-03430 LHK**