**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER BOR, et al., | ) Case No.: 11-cv-03430-LHK |
| Plaintiffs, | ) |
| v. | ) ORDER MODIFYING CASE |
| | ) MANAGEMENT ORDER |
| PPC WSSC LLC, et al., | ) |
| | ) (re: dkt. #49) |
| Defendants. | ) |

Having reviewed the stipulation of the parties for continuance of the deadline for opening expert reports and rebuttal expert reports (ECF No. 49), and finding good cause, the Court hereby ORDERS that the deadlines for the parties to exchange Expert Opening Reports and Rebuttal Expert Reports, as set forth in the Court's January 11, 2012 Case Management Order ("CMO"), are modified as follows:

    Expert Opening Reports shall be served by April 19, 2012

    Rebuttal Expert Reports shall be served by May 17, 2012

    The expert cut-off deadline is May 31, 2012

All other case schedule dates in the January 11, 2012 CMO remain as set and will not be modified.

**IT IS SO ORDERED.**

Dated: February 24, 2012

                                                    _____
                                                  LUCY H. KOH
                                                  United States District Judge

1

Case No.: 11-CV-03430-LHK
ORDER MODIFYING CASE MANAGEMENT ORDER