# UNITED STATES DISTRICT COURT

## Northern District of California

### San Jose Division

JENNIFER BOR, et al.,
    Plaintiffs,

v.

PPC WSSC, LLC, et al.,
    Defendants.
_____/

No. C 11-3430 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: Not yet scheduled
Mediator: Ellen James

IT IS HEREBY ORDERED that the request to excuse defendant PPC WSSC, LLC's insurer party representative from appearing in person at the mediation before Ellen James is DENIED. The court finds that defendants have not made an adequate showing that the amount at issue is below defendant's self-insured retention or that requiring the representative to attend the session in person would otherwise cause 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED, and the insurer representative shall appear in person at the mediation.

IT IS SO ORDERED.

March 8, 2012      By: _____
Dated                                    Donna M. Ryu
                                               United States Magistrate Judge