# UNITED STATES DISTRICT COURT
## Northern District of California
### San Jose Division

| | |
|---|---|
| JENNIFER BOR, et al.,<br>　　　　Plaintiffs, | No. C 11-3430 LHK |
| v.<br>PPC WSSC, LLC, et al.,<br>　　　　Defendants. | **CORRECTED ORDER RE:<br>ATTENDANCE AT MEDIATION** |
| | Date:　　　　Not yet scheduled<br>Mediator:　　Ellen James |

　　　The Order Re: Attendance at Mediation dated March 8, 2012 is hereby withdrawn. Defendant PPC WSSC, LLC did not make a request to excuse its insurer representative from personal attendance at the mediation.

　　　The request to excuse defendant American Management Services' insurer party representative from appearing in person at the mediation before Ellen James is DENIED. The court finds that defendants have not made an adequate showing that the amount at issue is below defendant's self-insured retention or that requiring the representative to attend the session in person would otherwise cause 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED, and the insurer representative shall appear in person at the mediation.

　　　IT IS SO ORDERED.

March 22, 2012

Dated　　　　　　　　　　　　　　By:　　　　　　　／s／ Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge