UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER BOR, an individual; A.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN; J.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN; N.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEM, <br><br>Plaintiffs, <br>v. <br><br>PPC WSSC LLC, a Delaware Limited Liability Corporation dba WATERSTONE AT SANTA CLARA; AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC., a Washington Corporation dba PINNACLE, and DOES 1 THRU 10, INCLUSIVE, <br><br>Defendants. | Case No.: 11-cv-03430-LHK <br><br>ORDER RE: NOTICE OF SETTLEMENT <br><br>(dkt. #57) |

On April 6, 2012, Plaintiffs filed a Notice of Settlement of all claims, indicating that Plaintiffs "will soon file a Petition to Confirm Compromise of Minor Plaintiffs, and, thereafter, file a stipulation for dismissal." ECF No. 57. A further case management conference is currently scheduled for May 2, 2012. The Plaintiffs shall file their Petition to Confirm Compromise of Minor Plaintiffs ("Petition") by no later than April 18, 2012, or if unable to do so, a status report explaining the basis for the delay. Upon the Court's approval of the Petition, the parties shall file their stipulation of dismissal with prejudice by no later than April 25, 2012, or if unable to do so, a

1

Case No.: 11-cv-03430-LHK
ORDER RE: NOTICE OF SETTLEMENT

joint case management statement pursuant to Civil Local Rule 16-10(d). Unless and until the parties' stipulation of dismissal is filed, all case deadlines remain as set.

**IT IS SO ORDERED.**

Dated: April 9, 2012

_____
LUCY H. KOH
United States District Judge