UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER BOR, an individual; A.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN; J.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN; N.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEM,<br><br>                    Plaintiffs,<br>      v.<br><br>PPC WSSC LLC, a Delaware Limited Liability Corporation dba WATERSTONE AT SANTA CLARA; AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC., a Washington Corporation dba PINNACLE, and DOES 1 THRU 10, INCLUSIVE,<br><br>                    Defendants. | Case No.: 11-cv-03430-LHK<br><br>ORDER DIRECTING PARTIES TO RE-FILE THEIR STIPULATION OF DISMISSAL<br><br>(dkt. #62) |

On April 26, 2012, Plaintiffs in the above-captioned action filed a purported Stipulation of Dismissal with Prejudice; however, the parties failed to sign and date the document. *See* ECF No. 62. Accordingly, the parties shall re-file their Stipulation of Dismissal with Prejudice, with all necessary signatures, by April 27, 2012, at noon.

**IT IS SO ORDERED.**

Dated: April 26, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-03430-LHK
ORDER TO RE-FILE STIPULATION OF DISMISSAL