| | |
|---|---|
| 1 | CRAIG P. FAGAN, State Bar No. 149556 |
| | **LAW OFFICES OF CRAIG P. FAGAN** |
| 2 | 6320 Raydel Court |
| | San Diego, CA 92120 |
| 3 | Telephone: (619) 528-9600 |
| | Facsimile:   (619) 528-9675 |
| 4 | email: cpfagan@faganlegal.com |

Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| JENNIFER BOR, an individual, A.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN, J.B., a minor by and through his GUARDIAN AD LITEM CHERYL GREEN; N.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN, | No. CV11-03430 LHK |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| PPC WSSC LLC, a Delaware Limited Liability Corporation dba WATERSTONE AT SANTA CLARA; AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC, a Washington Corporation dba PINNACLE,  and DOES 1 THRU 10, INCLUSIVE, | |
| Defendants | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that plaintiffs JENNIFER BOR, an individual, A.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN, J.B., a minor by and through his GUARDIAN AD LITEM CHERYL GREEN; N.B., a minor by and through her GUARDIAN AD LITEM CHERYL GREEN, may dismiss

the above-entitled action with prejudice, all parties to bear their own attorney's fees and costs.

Dated: April 26, 2012                LEWIS, BRISBOIS, BISGAARD & SMITH, LLP


By: **/s/Rene Gamboa**
Rene Gamboa
Attorneys for Defendant
PPC WSSC LLC dba WATERSTONE AT SANTA CLARA


Dated: April 26, 2012                KLINEDINST, PC


By: **/s/Michael Martucci**
Michael Martucci
Attorneys for Defendant
AMERICAN MANAGEMENT SERVICES
CALIFORNIA, INC. dba PINNACLE


Dated: April 26, 2012                LAW OFFICES OF CRAIG P. FAGAN


By: **/s/Craig P. Fagan**
Craig P. Fagan
Attorneys for all Plaintiffs

1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE
10
11
12   JENNIFER BOR, an individual, A.B., a     )   No. CV11-03430 LHK
     minor by and through her GUARDIAN AD     )
     LITEM CHERYL GREEN, J.B., a minor by     )
13   and through his GUARDIAN AD LITEM        )   **[PROPOSED]** ORDER
     CHERYL GREEN; N.B., a minor by and       )
14   through her GUARDIAN AD LITEM            )   _____
     CHERYL GREEN,                            )
15                                            )
            Plaintiffs,                       )
16                                            )
        v.                                    )
17                                            )
     PPC WSSC LLC, a Delaware Limited         )
18   Liability Corporation dba WATERSTONE     )
     AT SANTA CLARA; AMERICAN                 )
19   MANAGEMENT SERVICES                      )
     CALIFORNIA, INC, a Washington            )
20   Corporation dba PINNACLE,  and DOES 1    )
     THRU 10, INCLUSIVE,                      )
21                                            )
            Defendants                        )
22                                            )
     _____    )
23

        After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

STIPULATION FOR DISMISSAL                                        1

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**. The Clerk shall close the file.

Dated: April 27, 2012

*Lucy H. Koh*
United States District Court Judge